FILED

05/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

IN THE SUPREME COURT FOR THE STATE OF MONTANA

_____

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | CAUSE NO. DA-23-715 |
| Plaintiff/Appellee, | ) | |
| | ) | ORDER GRANTING |
| | ) | SECOND EXTENSION |
| vs. | ) | FOR OPENING BRIEF |
| | ) | |
| TREVOR ROBERTS, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

UPON consideration of Defendant's unopposed motion for a second extension of the Opening Brief deadline, currently May 28, 2024, and good cause therefrom;

Appellant is granted a second 30-day extension of time to file the Opening Brief to and including June 25, 2024, to file and serve his opening brief in the above-entitled matter.

Dated this _____ day of May 2024.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2024